# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00472-CV

**In the Matter of C. K.**

**FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
NO. 181,845-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On September 14, 2000, appellant pleaded guilty to the offense of aggravated assault on a public servant. *See* Tex. Pen. Code Ann. ' 22.02(b)(2) (West 2003). Appellant received a determinate sentence of fifteen years. On April 23, 2002, after appellant turned sixteen but before he turned twenty-one, the Texas Youth Commission filed a motion to refer C.K. to the adjudicating juvenile court for a release and transfer hearing. *See* Tex. Hum. Res. Code Ann. ' 61.079 (West 2001). That court held a hearing and signed an order transferring appellant to the custody of the Texas Department of Corrections C Institutional Division.

C.K.=s appointed counsel on appeal filed a brief asserting that the appeal is frivolous. The brief complies with the requirements of *Anders v. California*, 386 U.S. 738, 744-45 (1967). *See In re D.A.S.*, 973 S.W.2d 296, 299 (Tex. 1998) (applying *Anders* in juvenile proceedings). Counsel states that he has diligently examined the record and researched the law applicable to the facts and issues in the case.

Counsel=s brief contains a professional evaluation of the record demonstrating why there are no meritorious errors to be advanced.  A copy of counsel=s brief was delivered to C.K. and he was advised of his right to examine the appellate record and to file a pro se brief.[1]  A pro se brief has not been filed.

We have independently reviewed the record and agree that the appeal is frivolous.  We affirm the district court=s order.

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Affirmed

Filed:   April 17, 2003

---

[1] Appellant was born November 3, 1983, and so was over eighteen at the time of this proceeding and at the time the brief was delivered to him.  *See* Tex. Fam. Code Ann. ' 51.02(2)(A) (West 2002) (definition of Achild@).